| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Besosa, Francisco A | U.S. District Court, P.R. | 5/16/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Nominee | (●) Nomination,    Date    5/16/2006 <br> ( ) Initial    ( ) Annual    ( ) Final | 1/1/2005 <br> to <br> 4/30/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1400 Westernbank World Plaza <br> 268 Muñoz Rivera Ave. <br> San Juan, PR 00918 | Reviewing Officer _____    Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President-Treasurer | Filial Amor Corp. (Family held corporation) |
| 2. | Partner/ Stockholder | Adsuar, Muñiz, Goyco & Besosa, PSC |
| 3. | Executor | Estates #1, #2, and #3 |
| 4. | Partner | FAHBU, S.E. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 3 /1994 | Partner/shareholder in Adsuar, Muñiz, Goyco & Besosa PSC. I expect to be paid my partnership share pursuant to the partnership agreement. |
| 2. | 1988 | Minor partnership in a special partnership known as FAHBU, S.E. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Adsuar, Muñiz, Goyco & Besosa, PSC-salary | 142,000 |
| 2. | 2005 | Adsuar, Muñiz, Goyco & Besosa, PSC-salary | 142,000 |
| 3. | 2006 | Adsuar, Muñiz, Goyco & Besosa, PSC-salary | 50,000 |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | University of Puerto Rico Law School- Associate Professor-salary |
| 2. | 2005 | Puerto Rico General Court of Justice - Superior Court Judge-salary |
| 3. | 2005 | Docto Juris, Inc. - Bar review course instructor-salary |
| 4. | 2006 | Puerto Rico General Court of Justice - Superior Court Judge-salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☲ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. EXEMPT | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Besosa, Francisco A | 5/16/2006 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☲ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. EXEMPT | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Besosa, Francisco A | 5/16/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Accounts Receivable from Adsuar, Muñiz, Goyco & Besosa, PSC | E | Interest | M | U | exempt | | | | See note in Part VIII |
| 2. Oriental Group- Diversified Growth IRA | | None | L | U | | | | | |
| 3. Oriental Group - Diversified Growth IRA | | None | M | U | | | | | |
| 4. Law Firm, Adsuar, Muñiz, Goyco & Besosa, PSC - stock | D | Other | K | U | | | | | See note in Part VIII |
| 5. Filial Amor Corp. - common stock | | None | K | U | | | | | |
| 6. Share in FAHBU, S.E. | | None | K | U | | | | | |
| 7. Docto Juris, Inc. - common stock | B | Dividend | J | U | | | | | |
| 8. Oriental Group- CODA Profit Sharing Plan (401K) | | None | N | U | | | | | |
| 9. Caribbean Pensions- Money Purchase Plan | | None | N | U | | | | | |
| 10. Estate #1 | | None | M | U | | | | | |
| 11. Estate #2 | | None | M | U | | | | | |
| 12. Estate #3 | | None | K | U | | | | | |
| 13. Brokerage Account #1- Money Fund | A | Interest | K | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Besosa, Francisco A | 5/16/2006 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report )

1) The Accounts Receivable consist of advances made to Adsuar, Muñiz, Goyco & Besosa, PSC, at 15% annual interest. (Part VII, Investments and Trusts)

4) Share of net income from Adsuar, Muñiz, Goyco & Besosa, PSC. (Part VII, Investments and Trusts)


| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Besosa, Francisco A | 5/16/2006 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _May 16, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 21 | 369 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 208 | 282 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 214 | 688 |
| Real estate owned-add schedule | | 800 | 000 | Chattel mortgages and other liens payable | | 41 | 843 |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 557 | 090 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| See attached schedule | 1 | 304 | 981 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 256 | 531 |
| | | | | Net Worth | 2 | 635 | 191 |
| Total Assets | 2 | 891 | 722 | Total liabilities and net worth | 2 | 891 | 722 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

{AMGB: 013049.DOC v.1}